*Ronald B. Reiss, Attorney at Law*

RONALD B. REISS (Cal. Bar No. 167937)
201 Spear Street, Suite 1100
San Francisco, CA 94015
Telephone: (415) 426-3510
reisslawsf@gmail.com

Attorney for Plaintiff
JOHN RODGERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN RODGERS, | Case No.: C13-01712 NC |
| Plaintiff, | Civil Rights |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER** |
| MIN'S KITCHEN RESTAURANT; CHAE PAK; MIN YOUNG PAK; NINA CHABRA, RAJ CHABRA, CHABRA LIVING 2003 TRUST; and DOES 1-50, Inclusive | |
| Defendants. | |

## STIPULATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff JOHN RODGERS ("Plaintiff") and defendants MIN'S KITCHEN RESTAURANT; CHAE PAK; MIN YOUNG PAK; NINA CHABRA; RAJ CHABRA; and CHABRA LIVING 2003 TRUST defendants ( "Defendants"), by and through their respective attorneys of record, stipulate that:

1. This case has been settled and all issues and controversies between the parties have been resolved to their mutual satisfaction pursuant to the terms of a Settlement Agreement and General Release ("Settlement Agreement") entered into between the parties;

2. Plaintiff's Complaint in the above-entitled action shall be dismissed with

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL 3:13-cv-01712-NC
Stipulated Dismissal 09-26-2013

1   prejudice as against all Defendants;

2       3.      The parties consent to and request that the Court retain jurisdiction to enforce the

3   Settlement Agreement for a period of 18 months after the date hereof, under the authority of

4   *Kokonen v. Guardian Life Ins. Co.,* 511·U.S. 375, 381-82 (1994); and

5       4.      Outside the terms of the Settlement Agreement, all parties shall bear his, her, or

6   its own costs and fees in the action.

7

8       **IT IS SO STIPULATED.**

9

10  Dated: 12/9 , 2013                          RONALD B. REISS, ATTORNEY AT LAW

11

12                                              By: _____

13                                                  Ronald B. Reiss
                                                Attorney for Plaintiff JOHN RODGERS

14  Dated: 12/6/, 2013                          LAW OFFICES OF JOHN D. BENGTSON

15

16                                              By: _____

17                                                  John D. Bengtson
                                                Attorney for Defendants
18                                              MIN'S KITCHEN RESTAURANT; CHAE PAK;
                                                MIN YOUNG PAK; NINA CHABRA, RAJ
19                                              CHABRA, and CHABRA LIVING 2003 TRUST

20

21

22

23

24

25

26

27
                                           -2-

## <u>ORDER</u>

The parties having so stipulated,

IT IS HEREBY ORDERED that:

1.      Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2.      By consent of the parties, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the Settlement Agreement for a period of 18 months from the date hereof; and

3.      All parties shall bear his, her, or its own costs and fees in the action.


Dated: __December 10__, 2013



HON. NATHANAEL M. COUSINS
U.S. MAGISTRATE JUDGE

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL 3:13-cv-01712-NC**
Stipulated Dismissal 09-26-2013