*Ronald B. Reiss, Attorney at Law*

RONALD B. REISS (Cal. Bar No. 167937)
201 Spear Street, Suite 1100
San Francisco, CA  94015
Telephone: (415) 426-3510
reisslawsf@gmail.com

Attorney for Plaintiff
JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>            Plaintiff,<br><br>      vs.<br><br>MIN'S KITCHEN RESTAURANT; CHAE PAK; MIN YOUNG PAK; NINA CHABRA, RAJ CHABRA, CHABRA LIVING 2003 TRUST; and DOES 1-50, Inclusive<br><br>            Defendants. | Case No.:  C13-01712  NC<br>Civil Rights<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER** |

**STIPULATION**

        Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff JOHN RODGERS ("Plaintiff") and defendants MIN'S KITCHEN RESTAURANT; CHAE PAK; MIN YOUNG PAK; NINA CHABRA; RAJ CHABRA; and CHABRA LIVING 2003 TRUST defendants ( "Defendants"), by and through their respective attorneys of record, stipulate that:

        1.        This case has been settled and all issues and controversies between the parties have been resolved to their mutual satisfaction pursuant to the terms of a Settlement Agreement and General Release ("Settlement Agreement") entered into between the parties;

        2.        Plaintiff's Complaint in the above-entitled action shall be dismissed with

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL 3:13-cv-01712-NC
Stipulated Dismissal 09-26-2013

1    prejudice as against all Defendants;

2        3.    The parties consent to and request that the Court retain jurisdiction to enforce the

3    Settlement Agreement for a period of 18 months after the date hereof, under the authority of

4    *Kokonen v. Guardian Life Ins. Co.,* 511·U.S. 375, 381-82 (1994); and

5        4.    Outside the terms of the Settlement Agreement, all parties shall bear his, her, or

6    its own costs and fees in the action.

7
     **IT IS SO STIPULATED.**
8

9

10   Dated: __12/9__, 2013                    RONALD B. REISS, ATTORNEY AT LAW

11

12                                            By: _____

13                                                Ronald B. Reiss
                                                  Attorney for Plaintiff JOHN RODGERS
14
     Dated: __12/6/__, 2013                   LAW OFFICES OF JOHN D. BENGTSON
15

16                                            By: _____
                                                  John D. Bengtson
17                                                Attorney for Defendants
                                                  MIN'S KITCHEN RESTAURANT; CHAE PAK;
18                                                MIN YOUNG PAK; NINA CHABRA, RAJ
                                                  CHABRA, and CHABRA LIVING 2003 TRUST
19

20

21

22

23

24

25

26

27                                          -2-

1

**<u>ORDER</u>**

2
      The parties having so stipulated,

3
      IT IS HEREBY ORDERED that:

4
      1.     Plaintiff's Complaint in the above-entitled action shall be dismissed with

5
prejudice as against all Defendants;

6
      2.     By consent of the parties, the Court shall retain jurisdiction in this matter for the

7
purpose of enforcing the terms of the Settlement Agreement for a period of 18 months from the

8
date hereof; and

9
      3.     All parties shall bear his, her, or its own costs and fees in the action.

10

11
Dated: _December 10_, 2013



12
HON. NATHANAEL M. COUSINS
U.S. MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-3-